Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Sharon Koonce

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SHARON KOONCE, | ) Case No.: CV 12-9762 SH |
| | ) |
| | ) ORDER OF DISMISSAL |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the stipulation of the parties, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:  May 16, 2013

_____
THE HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

-1-

DATE: May 15, 2013                    Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING
                                               /s/ *Young Cho*
                                BY:_____
                                      Young Cho
                                      Attorney for plaintiff Sharon Koonce