1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Sharon Koonce

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SHARON KOONCE, | Case No.: CV 12-9762 SH |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: May 16, 2013

_____
THE HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

-1-

1 DATE: May 15, 2013 Respectfully submitted,

2                                    LAW OFFICES OF LAWRENCE D. ROHLFING

3                           /s/ *Young Cho*
                   BY:_____

4                          Young Cho
                         Attorney for plaintiff Sharon Koonce

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26